**STATE of Missouri, Respondent,**

v.

**McKinley Andrew LUE, Appellant.**

No. 47182.

Missouri Court of Appeals, Eastern District, Division Three.

April 10, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 17, 1984.

Application to Transfer Denied June 19, 1984.

McKinley A. Lue, pro se.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant was convicted of forgery, a violation of § 570.090, RSMo.1978, and was sentenced as a persistent offender to a term of seven years imprisonment. The judgment is affirmed in accordance with Rule 30.25(b).